UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-CR-00118-LRH-WGC |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| SURJIT SINGH and JASWINDER SINGH, | ) | September 12, 2015 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):       NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

    Before the court is Defendants' Motion for Return of Passports (#53)[1]. No response has been filed by the government. The court having reviewed the request, and good cause appearing,

    IT IS HEREBY ORDERED that defendants' passports shall be return to them upon completion of their respective prison sentences.

    IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK

                                    By:       /s/
                                                 Deputy Clerk

---

[1] Refers to court's docket number.